UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| ANNA AUGUST BOLING, | ) | Case No. 6:05-BK-16267-KSJ |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| ANNA AUGUST BOLING, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proc. 6:06-AP-00115 |
| vs. | ) | |
| | ) | |
| MONTE GREEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____/ | ) | |
| In re | ) | |
| | ) | |
| RODERIC LEE BOLING, | ) | Case No. 6:05-BK-16271-KSJ |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| RODERIC LEE BOLING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adversary Proc. 6:06-AP-00114 |
| | ) | |
| MONTE GREEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____/ | ) | |

## JUDGMENT

These consolidated adversary proceedings came on for trial on May 22-23, 2008. Consistent with the Memorandum Opinion on Motions for Relief from Stay and Consolidated

Adversary Proceedings, entered simultaneously herewith, it is

ORDERED:

1. Judgment is entered in favor of the debtors/defendants, Anna August Boling and Roderic Lee Boling, and against the plaintiff, Monte Green.

2. The loan from the plaintiff to the debtors/defendants in the amount of $300,000 is unenforceable. The mortgages encumbering the debtors' homes and securing repayment of this loan are void and also unenforceable.

DONE AND ORDERED on July 24, 2008.

KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies furnished to:

Debtor:  Anna August Boling, 205 Tranquility Cove, Altamonte Springs, FL  32701

Debtor:  Roderic Lee Boling, 121 Stag Ridge Court, Longwood, FL  32779

Attorney for debtors/defendant:  Kenneth D. Herron, Jr., Wolff, Hill, McFarlin & Herron, P.A., 1851 W. Colonial Drive, Orlando, FL  32804

Attorney for debtors/defendant:  Andrew C. Baron, Esq., Law Offices of Andrew Baron, 1803 E. Kaley Street, Orlando, FL  32806

Marie E. Henkel, Trustee, 3560 S. Magnolia Avenue, Orlando, FL  32806

Attorney for Trustee:  Sean D. Concannon, LS Concannon PA, P.O. Box 915875, Longwood, FL  32791

United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL  32801

Plaintiff:  Monte Green:  c/o John L. Urban, Esq., Urban & Their, P.A., 545 Delaney Avenue, Suite 7, Orlando, FL  32801

Attorney for Plaintiff:  John L. Urban, Esq., Urban & Their, P.A., 545 Delaney Avenue, Suite 7, Orlando, FL  32801